**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**


RAVI SUBRAMANIAN
CLERK OF COURT
1717 PACIFIC AVE
ROOM 3100
TACOMA, WA 98402

June 23, 2025

William Nelson
1523 132ND ST SUITE C
EVERETT, WA 98208


Your civil action, ***Nelson v. Washington Board of Industrial Insurance Appeals et al***, was filed in the United States District Court – Western District of Washington on June 23, 2025.

The case has been assigned to District Court Judge David G Estudillo, case number **3:25–cv–05551–DGE**. All documents filed with the Court must include the entire case number in order to be properly posted on the docket.

The following deficiencies have been noted:

**Civil Cover Sheet Omitted**
As required by Local Civil Rule 3(a), a Civil Cover Sheet is required at the time of filing.
Please fill out the enclosed form and return it to the Clerk's Office as soon as possible.


The deficiencies must be corrected and filed with the Court as soon as possible. Please return the requested documents to the address listed above. Failure to do so may affect the status of your case, including dismissal of the action by the Court.


cc: file