UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM NELSON,

                Plaintiff,

    v.

WASHINGTON BOARD OF INDUSTRIAL INSURANCE APPEALS, et al.,

                Defendants.

CASE NO. 3:25-cv-05551-DGE

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

      Plaintiff William Nelson has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 1. Because Plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application (Dkt. 1) is GRANTED.

      Because Plaintiff has filed this lawsuit seeking IFP status, the Court shall consider whether Plaintiff has adequately stated a claim. *See* 28 U.S.C. § 1915(e)(2). Therefore, Plaintiff is advised the assigned United States District Judge will review the Complaint under §1915(e)(2)(b). The Court further advises that summons may not be issued and further filings

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

1 submitted by Plaintiff may not be considered until after the assigned District Judge completes the
2 review.
3     The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the
4 District Judge assigned to this case.
5     Dated this 23rd day of June, 2025.

*signature*

David W. Christel
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2