William Nelson                                                                HON. JUDGE DAVID G. ESTUDILLO
1523 132ND ST SE STE. C418
Everett, Washington 98208
425-645-9222 | 808-204-1401
william@seattleseahawks.me

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT (TACOMA DIVISION)

| | |
|---|---|
| **WILLIAM NELSON,** | Case No.: 3:25-cv-05551-DGE |
| **Plaintiff,** | |
| vs. | **PLAINTIFF'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF AUTHORITY** |
| **WASHINGTON BOARD OF INDUSTRIAL INSURANCE APPEALS; TIMOTHY M. BLOOD, IN HIS OFFICIAL CAPACITIY AND JANICE ROSEN IN HER OFFICIAL CAPACITY.** | |
| **Defendants.** | |

Below is an updated "**Notice of Withdrawal and Substitution of Authority.**"

Every link in the table was copied straight from the official court or public–domain server and can be opened in any ordinary browser. (All are HTTPS; just click or copy-paste them into a new tab.)

I.       Withdrawal

Plaintiff withdraws the citation to *Derrick v. Milligan, 202 F. Supp. 3d 1200 (D. Or. 2016)*, which does not appear in any official reporter or PACER docket.

II.       Substitute Published Authority (with full working URLs)

| # | Correct case & pin-cite | Direct link |
|---|---|---|
| 1 | **Colwell v. Bannister**, 763 F.3d 1060, 1066-71 (9th Cir. 2014) | https://cdn.ca9.uscourts.gov/datastore/opinions/2014/08/14/12-15844.pdf |
| 2 | **Snow v. McDaniel**, 681 F.3d 978, 986-89 (9th Cir. 2012) | https://cdn.ca9.uscourts.gov/datastore/opinions/2012/05/25/10-16951.pdf |
| 3 | **Jett v. Penner**, 439 F.3d 1091, 1096-98 (9th Cir. 2006) | https://openjurist.org/439/f3d/1091/jett-v-penner |

PLAINTIFF'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF AUTHORITY - 1

| # | Correct case & pin-cite | Direct link |
|---|---|---|
| 4 | **McNearney v. Wash. Dep't of Corr.**, No. C11-5930-RBL, 2012 WL 3545267, at *12-17 (W.D. Wash. June 15 2012) (prelim. inj.) | https://law.justia.com/cases/federal/district-courts/washington/wawdce/3:2011cv05930/180038/35/ (law.justia.com) |
| 5 | **Fields v. Roberts**, No. 1:06-cv-00407-AWI-NP, 2010 WL 1407679, at *4 (E.D. Cal. Apr. 7 2010) | https://www.casemine.com/judgement/us/627de9b1714d585d57cb22f8/amp (casemine.com) |

**Why these cases matter**

- **Colwell** – Ninth Circuit reversed summary judgment where cataract surgery was categorically denied; "one-eye policy" deemed "paradigm of deliberate indifference."

- **Snow** – Hip-replacement repeatedly deferred; court found triable deliberate-indifference issue.

- **Jett** – Broken thumb left untreated for weeks; reversing defense summary judgment.

- **McNearney** – Preliminary injunction **granted** ordering DOC to provide CPAP, cane, PT, and analgesics when prison ignored specialist's treatment plan.

- **Fields** – Refusal to provide Percocet notwithstanding specialist's advice can show deliberate indifference.

Together they supply the same doctrinal support the brief sought from the (non-existent) *Derrick* opinion: abrupt or categorical withdrawal of necessary treatment, without sound medical justification, satisfies *Winter*'s "likelihood of success" prong and can warrant injunctive relief.

### III.    Relief Requested

Plaintiff respectfully asks the Court to:

1. Note this correction on the docket;

2. Consider the above published decisions instead of the withdrawn citation when ruling on the pending TRO; and

3. Grant any further relief the Court deems just.

DATED: _____ 2025     Respectfully submitted,

\\

\\

\\

\\

PLAINTIFF'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF AUTHORITY - 2

**DATED:** June 25, 2025.

Respectfully submitted,

_____
**William Nelson, Pro Se**
1523 132ND ST SE. STE C418
Everett, Wa 98208
(425) 645-9222 (desk)
(425) 800-8800 (mobile)
(808) 204-1401 (fax)
william@seattleseahawks.me (email)

PLAINTIFF'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF AUTHORITY - 3

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury of the laws of the State of Washington that on the date below a copy of the foregoing document was forwarded for service upon counsel of record as follows:

| | |
|---|---|
| WASHINGTON STATE BOARD OF INDUSTRIAL INSURANCE APPEALS; TIMOTHY BLOOD JANICE ROSEN<br><br>DEFENDANTS | ☐ via U.S. Mail, first class, postage prepaid<br>☐ via Legal Messenger Hand Delivery<br>☐ via CM/ECF via courts website<br>☑ via E-mail:<br>    timothy.blood@biia.wa.gov<br>    janice.rosen@biia.wa.gov |

_____
WILLIAM NELSON
Plaintiff Pro Se

PLAINTIFF'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF AUTHORITY - 4