1   William Nelson                                      **HON. JUDGE DAVID G. ESTUDILLO**
    1523 132ND ST SE STE. C418
2   Everett, Washington 98208
    425-645-9222 | 808-204-1401
3   william@seattleseahawks.me

4

5                           UNITED STATES DISTRICT COURT

6            WESTERN DISTRICT OF WASHINGTON AT (TACOMA DIVISION)

7   **WILLIAM NELSON,**                        Case No.: 3:25-cv-05551-DGE

8                  **Plaintiff,**

9   **vs.**                                    **PLAINTIFF'S MOTION TO CLARIFY
                                                WHETHER THE COURT IS EFFECTING
10  **WASHINGTON BOARD OF INDUSTRIAL           SERVICE ON DEFENDANTS**
    INSURANCE APPEALS ET AL.**                 **(Fed. R. Civ. P. 4(c)(3); 28 U.S.C. § 1915(d))**

11                                             **Plaintiff respectfully requests that the Clerk place
                                                this motion on the Court's motion calendar at the
12                                              earliest available date.**

13

14                  **Defendants.**

15

16  William J. Nelson ("Plaintiff") respectfully moves the Court for clarification of whether the Court, through the

17  United States Marshal or the Clerk's Office, is presently effecting service of the summons and complaint upon the

18  above-named Defendants.

19      1.  On June 23, 2025, the Court granted Plaintiff leave to proceed in forma pauperis. Under 28 U.S.C. §

20          1915(d) and Fed. R. Civ. P. 4(c)(3), once a plaintiff is authorized to proceed in forma pauperis the Court

21          must order that service be made by the United States Marshal or a specially appointed person.

22      2.  Plaintiff is a cognitively disabled individual relying on ADA-approved assistive technology to litigate.

23          Consistent with Rule 4(c)(3), the Court's standard practice significantly reduces the burden on disabled and

24          indigent litigants who cannot afford private process servers.

25      3.  Plaintiff is deeply concerned that, despite Supreme Court mandates instructing courts to construe the

26          pleadings of pro se litigants liberally, the instant proceedings appear to favor strict adherence to procedural

27  PLAINTIFF'S MOTION TO CLARIFY WHETHER THE COURT IS EFFECTING SERVICE ON
    DEFENDANTS(FED. R. CIV. P. 4(C)(3); 28 U.S.C. § 1915(D))PLAINTIFF RESPECTFULLY REQUESTS
28  THAT THE CLERK PLACE THIS MOTION ON THE COURT'S MOTION CALENDAR AT THE EARLIEST
    AVAILABLE DATE. - 1

1  technicalities drawn from the Law Clerk Handbook and other internal manuals or personal biases. Plaintiff

2  fears that both Defendants and, hopefully unintentionally, the Court could weaponize procedural rules,

3  form requirements, and technical merits screening to foreclose substantive access to justice. This fear is

4  genuine and can be corroborated by Plaintiff's treating mental-health professionals.

5  4.  Plaintiff further observes that the Court's responses to his ADA requests exhibit an appearance that

6  disabled litigants are viewed as inconveniences rather than persons entitled to meaningful accommodation.

7  Plaintiff wonders how many similarly situated individuals have been deterred or effectively denied access

8  because ADA regulations were approached from a perspective of **"how can we deny"** rather than **"how**

9  **can we enable."** Plaintiff is unaware of any lawsuit alleging that this Court exceeded ADA requirements,

10  whereas lawsuits alleging insufficient accommodation are well-documented nationwide.

11  5.  To date, the Plaintiff is unaware if the docket reflects whether the Court has issued service directives for

12  this case.

13  6.  Plaintiff therefore requests a short clarifying order stating either (a) that the United States Marshal (or

14  Clerk) will effect service on the Defendants.

15  7.  This request is narrowly tailored, will expedite the early stages of the case, and imposes no prejudice on

16  any party.

17

18  Respectfully submitted this 26 June 2025.

19  Respectfully submitted,

20

21

22  **William Nelson, Pro Se**
1523 132ND ST SE. STE C418
23  Everett, Wa 98208
(425) 645-9222 (desk)
24  (425) 800-8800 (mobile)
(808) 204-1401 (fax)
25  william@seattleseahawks.me (email)

26

27  PLAINTIFF'S MOTION TO CLARIFY WHETHER THE COURT IS EFFECTING SERVICE ON
DEFENDANTS(FED. R. CIV. P. 4(C)(3); 28 U.S.C. § 1915(D))PLAINTIFF RESPECTFULLY REQUESTS
28  THAT THE CLERK PLACE THIS MOTION ON THE COURT'S MOTION CALENDAR AT THE EARLIEST
AVAILABLE DATE. - 2

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury of the laws of the State of Washington that on the date below a copy of the foregoing document was forwarded for service upon counsel of record as follows:

| | |
|---|---|
| WASHINGTON STATE BOARD OF | via U.S. Mail, first class, postage prepaid |
| INDUSTRIAL INSURANCE APPEALS; | via Legal Messenger Hand Delivery |
| TIMOTHY BLOOD | via CM/ECF via courts website |
| JANICE ROSEN | ✓via E-mail: |
| | timothy.blood@biia.wa.gov |
| DEFENDANTS | janice.rosen@biia.wa.gov |

_____
WILLIAM NELSON
Plaintiff Pro Se

PLAINTIFF'S MOTION TO CLARIFY WHETHER THE COURT IS EFFECTING SERVICE ON DEFENDANTS(FED. R. CIV. P. 4(C)(3); 28 U.S.C. § 1915(D))PLAINTIFF RESPECTFULLY REQUESTS THAT THE CLERK PLACE THIS MOTION ON THE COURT'S MOTION CALENDAR AT THE EARLIEST AVAILABLE DATE. - 3