UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM NELSON, <br><br> Plaintiff, <br> v. <br><br> WASHINGTON BOARD OF INDUSTRIAL APPEALS et al., <br><br> Defendants. | CASE NO. 3:25-cv-05551-DGE <br><br> ORDER ADDRESSING MOTION TO CLARIFY (DKT. NO. 16) |

    This order addresses Plaintiff's motion to clarify whether "the Court, through the United States Marshal or the Clerk's Office, is presently effecting service of the summons and complaint" upon Defendants. (Dkt. No. 16.) The Court directs Plaintiff to its order on his motion for accommodations (Dkt. No. 19) in which the Court ordered the United States Marshal or deputy marshal from the Western District of Washington to effectuate service of process on the Defendants. However, the Court advises Plaintiff to read the Court's order in its entirety – before the Marshals can effect service, Plaintiff will need to identify for the Marshal(s) the precise address of each Defendant where service can be accomplished. For the agency

ORDER ADDRESSING MOTION TO CLARIFY (DKT. NO. 16) - 1

Defendant, Plaintiff will need to identify the designated representative, including the precise address, where service can be accomplished. Plaintiff shall immediately file this information so the Clerk can provide it to the Marshal(s).

Dated this 27th day of June, 2025.

David G. Estudillo
United States District Judge