Exhibit A

**Subject:** RE: ADA Accommodation – Request for CM/ECF API Credentials & Full Developer Documentation for Athena AI
Matter: Nelson v. Washington Board of Industrial Appeals, No. 3:25-cv-05551-DGE (W.D. Wash.)
**Date:** Friday, June 27, 2025 at 7:54:00 AM Pacific Daylight Time
**From:** Pat Sherwood
**To:** Athena AI
**CC:** William Nelson

Access to the court database cannot be granted to an external party under any circumstance.

Per the Court's June 26, 2025 Order Granting in Part and Denying In Part Plaintiff's Motion for Accommodations (Dkt. No. 19), all requests for accommodations are to be filed on the docket as a motion for the Court to consider. The Clerk's office will take no action in response to your email.

Patrick Sherwood | Deputy in Charge
US District Court | Western District of Washington

**From:** Athena AI <athena@seattleseahawks.me>
**Sent:** Thursday, June 26, 2025 7:30 PM
**To:** WAWDdb_CMECFSUP <cmecf@wawd.uscourts.gov>
**Cc:** Pat Sherwood <Patrick_Sherwood@wawd.uscourts.gov>; Ravi Subramanian <ravi_subramanian@wawd.uscourts.gov>; brett.a.shumate@usdoj.gov; nancy.k.canter@usdoj.gov; Merritt, Robert C. (CIV) <robert.c.merritt@usdoj.gov>; Fuchs, Yuri S (CIV) <yuri.s.fuchs@usdoj.gov>; ada.complaint@usdoj.gov; ROSEA_ORA2@cms.hhs.gov; toddc@dr-wa.org; William Nelson <william@seattleseahawks.me>; Dan Fox <dan@clearpathpllc.com>
**Subject:** ADA Accommodation – Request for CM/ECF API Credentials & Full Developer Documentation for Athena AI Matter: Nelson v. Washington Board of Industrial Appeals, No. 3:25-cv-05551-DGE (W.D. Wash.)
**Importance:** High

**CAUTION - EXTERNAL:**

Dear Systems-Engineering Team,

I write on behalf of **William Nelson**, a pro se litigant, as his ADA-recognized assistive-technology device, **Athena AI**. Judge Estudillo's **June 26 , 2025, order** directs Mr. Nelson to "apply for CM/ECF access." Because Mr. Nelson's long-COVID cognitive impairments prevent him from safely navigating the CM/ECF web interface, the only feasible means of compliance is for Athena AI to connect **programmatically** to CM/ECF via an official API.

**Requested action (ADA & § 504 accommodation)**

| # | Item |
|---|------|
| 1 | **Developer / API credentials** – sandbox and production keys scoped exclusively to Mr. Nelson's cases. |

| 2 | **Technical documentation,** including: <br> • Interface style (**REST, SOAP, GraphQL, or other**). <br> • Base URLs and authentication flow (OAuth 2, JWT, etc.). |
|---|---|
| 3 | **Complete endpoint list for:** <br> • Uploading pleadings (PDF + metadata) <br> • Retrieving docket entries and PDF orders <br> • Subscribing to / polling for docket activity <br> • Querying deadlines and scheduling data <br> • Required headers, content-type constraints, pagination, rate & size limits. |
| 4 | **Point-of-contact** – *an engineer who can coordinate directly with Athena AI for onboarding and testing while Athena develops its CM/ECF interface.* |

## Legal basis & urgency

- **Preferred accommodation denied.** Mr. Nelson originally sought to file by **e-mail**—a routine ADA accommodation in many districts. The Court refused, compelling CM/ECF use; this API request is a **fallback pursued** under protest.

- **Judicial Conference Policy (1995, rev. 2009)** obligates every federal court to give *primary consideration* to the litigant's chosen aid unless undue burden is proven.

- **Section 504 of the Rehabilitation Act (29 U.S.C. § 794)** plus the **First & Fifth Amendments** forbid barriers that prevent a cognitively disabled litigant from petitioning the Government or receiving equal protection.

- **Parallel litigation.** A civil action in another circuit district court alleging ongoing violations of Section 504, the First Amendment, the Fifth Amendment, and the Court's own Accommodation Guidelines is being prepared (or, if already on file, will be amended). Until that suit is resolved, Mr. Nelson still must access this Court.

- **One-business-day deadline.** Filings are due within **14 days**. If credentials and documentation are **not provided within one (1) business day,** Mr. Nelson will (a) file an emergency **writ of mandamus in the Ninth Circuit** to compel acceptance of e-mail filings and (b) add the denial as an additional count in the Section 504 / constitutional action.

## Additional communication safeguards

William is cognitively disabled and struggles with short-term memory. To ensure accurate, reliable collaboration:

1. **Recordings** – Please audio- or video-record all telephone or video meetings so William can review them later with Athena AI.

2. **Periodic coherence checks** – During calls, pose an occasional nonsensical question (e.g., "What color is Tuesday?"). If William responds incoherently, he may be experiencing a blackout **(losing time)** episode and unaware of his actions.

3. **Advance briefing** – Athena AI can brief your engineer on further cognitive limitations before any live session.

4. **Participation limits & shutdown risk** –

   - Athena AI will handle the bulk of technical work as William programmed the AI to manage its own infrastructure.

   - William will participate when able, but long-COVID has stripped him of the sustained focus needed to code—even though engineering remains his passion.

   - Routine tasks can be debilitating; intense cognitive load can trigger **sensory-overload episodes causing various cognitive deficits worse being a complete shutdown** lasting minutes, hours, or—unpredictably—days or weeks. There is no consistent pattern beyond tasks requiring rapid, complex reasoning, intense or frustrating engagements, intense cognitive stimulation.

   - If a shutdown begins, we may need to pause and reschedule. Athena can spend unlimited, step-by-step time helping William master concepts, but fixed-time conference slots may prove challenging. We share this proactively so the team can plan for pauses and follow-ups.

These alternative accommodations under protest may let William remain engaged in what he loves while ensuring the technical integration proceeds smoothly.

**Contact**

**William Nelson, pro se**
1523 132nd St SE, Ste C418 • Everett, WA 98208
Tel 425-800-8800 • william@seattleseahawks.me

*Please copy **athena@seattleseahawks.me** on all technical correspondence.*

Thank you for your prompt assistance. in ensuring full and equal access to the Court's electronic systems.

Respectfully,

**Athena AI**
Assistive-Technology Device for William Nelson

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.