Name: Will James Nelson | DOB: 5/2/1978 | MRN: U3805280 | PCP: Sudha Gulkhandia, MD | Legal Name: William James Nelson

EXHIBIT B-1

# Telemedicine - Mar 26, 2025

with Jessica Anne Bender at Harborview Adult Medicine Clinic

Do you need to make corrections to these records? Request an update.

---

## Notes from Care Team

### Progress Notes

Jessica Anne Bender at 3/26/2025 11:00 AM

**UW LONG COVID CLINIC- INITIAL IM EVALUATION**

Location: Harborview Adult Medicine Clinic

Referred for: post-acute sequelae of COVID-19 infection/Long COVID

Referred by/PCP: Dr. David Higginbotham, 6/28/24 --> Dr. Higginbotham just retired, now Dr. Donya Hosseinian

---

**ID/CHIEF CONCERN:** The patient is a 46 year old man here for post-acute sequelae of COVID-19 infection.

**HPI:**

He notes prior to COVID, he used to be normal, IQ 178, exercised, normal speech.

Went to security conference for his employer in Las Vegas for 8 days, when they got back they both had COVID. He was at home for a month, then went back to work, weird stuff started to happen but not right away. He worked for the government, got the COVID vaccine early on, didn't had problems the first shot, the second shot felt funny, then the third and fourth and he thinks fifth nothing happened.

He has tested positive for COVID 3-4 times.

He went from driving, programming, a lot of things, was a very busy person. Has a h/o ADHD, he would work for hours.the first problem was in October, walked in the backyard, 30 minutes later Jessie his wife found him out there. He doesn' remember this. She called 911, went to ER, they intubated him, gave him propofol, woke up at 5-6am, he knew he was in the hospital and who his wife was. But prior to that he hadn't known who she was. Went home, slept, back to work.

Started having other problems. Saw a clinician Dan, said he needed to take time off work but he didn't want to. Saw a psychiatric nurse who also said take time off. Then medications but nto a lot. Was still driving at that point. But he recalls driving and having no memory of part of the drive, the stoplights, stop signs, freeway. He ran through some stop signs and lights (saw on the video recording). Stopped driving around March/April 2023. Started losing time. And started falling down.

Has video cameras throughotu the house (not the bedroom). They have AI, when he falls, it calls 911.

He wants to get his brain zapped to get better, whatever to get better.

Hears his heart beating fast at night when trying to get to bed.

For almost all 2023 he was in bed. His wife gave him baths, did all the housework, yardwork.

David said he needed to see Long COVID specialist.

Talked to one back east, didn't want to go there.

Social security said he is disabled now

He watns to get better and go to work.
He is taking 17-18 medications he doesn't know what for.
He is losing his hair.
He sweats.
Sometimes can't feel his fingers.
Stares at a wall for two hours until someone touches him.
He was watching star trek in his bathroom. Lost time. Fell down, hit his head.
Jessie has a spreadsheet with his symptoms and medications
Dr. Higginbotham has retired.
He has seen 5 psychiatric nurses, they all give him different medications.
Now he sees Dr. Wasicek, first time yesterday, psychiatrist.
He was supposed to go to Fairfax but he was told he has too many problems that are all different, like he needs to get his tic fixed. They don't think it's a mental, behavioral issue.
He had someone say he has bipolar, MDD, PTSD, etc.
Has had so many tests done since 2023.
He is losing his hair, takes minoxidil for this.
Numbness in his fingers, like his hands are asleep.
He'll be walking and just fall down.
Loses memory, had a bowel movement not in the bathroom and has no memory of this.
Jessie clarifies he was normal until Sept 2022. Took awhile to recover from COVID, then by end of Sept/Oct he started zoning out.
His wife used to get seizures a long time ago, she wondered if he was getting temporal lobe seizures.
Started to have shrugging shoulders, involuntary movement of hands, speech was strange no able to pronounce certain words correctly like Rs, motor tic, random zoning out, starting to not walk straight gait was affected, heightened anxiety (didn't want to go anywhere). Eventually started to get dizzy, started passing out. Challenges with short term memory (used to have really good memory).

When asked about swallowing issues, he says he did have a sesnsation of choking last year. Saw SLP, they came to home, helped him with swallow, speech. Referred to neuropsychiatrist. Isn't having problems with swallowing right now.
When asked about saliva, he says sometimes his mouth is very dry.
Nose drips sometimes.
Has a weird taste in his mouth sometimes.

When asked about any strategies that help, he says he used to program and can't program anymore, but wrote an AI program, and the AI program translates it to 5th grade.
Doesn't know if selenium or magnesium help.

Went to bed 9-10pm, awake at 1am, awake until 4-5am, took adderall, sleep for 3-4 hours.
Did a sleep study, took adderall and fell asleep right away.
Drinks a lot of caffeine, pepsi, caffeine calms him down.

Has seen neurology, SLP, primary care, numerous psychiatric providers.

I reviewed the patient questionnaire which is as follows:
" Chief Concerns (CC) the patient would like addressed today:
1. why i sleepy all time why my brain not work right why i get brain sick and feel vomit on me
2. why headache why brain dizzy why nose not work great
3. why my body hurt and eyes burn tics diarreheah hair loss speech problem HPI:
The patient is a 46 year old Male who initially developed symptoms of COVID on 10-12-2022. They tested Positive for COVID on 05-02-2024.
Diet History: Food Allergies: Yes, walnuts treebark
ETOH drinks per week: 0
Duration (in days) of initial symptoms: ongoing and get bigger and bigger
Initial symptoms included: Fever or Chills, Headache, Unexplained sweats or flushing, Loss of smell, Loss of taste, Difficulty swallowing, Fatigue or tiredness, Dizziness or lightheadedness, Fainting or blackouts, Diarrhea, Nausea, Vomiting, Abdominal pain, Difficulty with concentration or reading or "brain fog", Confusion, difficulty thinking

Disorientation: getting lost; going to wrong places, Memory problems or forgetfulness, General/muscle weakness, Muscle pain or cramps, Joint pain or swelling, Tingling and numbness in the mouth and/or face, Urinary incontinence or difficulty urinating, Sexual dysfunction or loss of libido, Unexplained hair loss, Difficulty sleeping (too much, too little, early awakening), Mood swings, irritability, depression
Oxygen needed: No
Admission to hospital: No
Vaccinated?: Yes COVID vaccination dates: 01-11-2021, 02-05-2021
Onset of current symptoms: 03-17-2023
Current Symptoms in the last week include: Headache, Abnormal changes in body temperature, Unexplained sweats or flushing, Problems seeing (double or blurry vision), Difficulty hearing, Loss of smell, Loss of taste, Difficulty swallowing, Fatigue or tiredness, Dizziness or lightheadedness, Diarrhea, Nausea, Vomiting, Indigestion or esophageal/"acid" reflux, Abdominal pain, Difficulty with concentration or reading or "brain fog", Confusion, difficulty thinking, Disorientation: getting lost; going to wrong places, Memory problems or forgetfulness, General/muscle weakness, Muscle pain or cramps, Joint pain or swelling, Tingling and numbness in the mouth and/or face, Tingling, numbness, burning, stabbing or "pins and needles", Swelling, Urinary incontinence or difficulty urinating, Sexual dysfunction or loss of libido, Unexplained hair loss, Difficulty sleeping (too much, too little, early awakening), Mood swings, irritability, depression
Symptoms exacerbated by: Stress or anxiety
Employment impacted: Yes
The patient reports that their work status currently is: Unable to work due to chronic illness
They work as a sr. security engineer.

Pulmonary history:
In the past 7 days the patient reports difficulty with:
Dressing themselves with no help: Some difficulty
Walking 50 steps/paces on flat ground with normal speed without stopping: Some difficulty
Walking up 20 stairs (2 flights) without stopping: Some difficulty
Preparing meals: Some difficulty Washing dishes: Some difficulty
Sweeping or mopping: Much difficulty Making a bed: Much difficulty
Lifting 10-20 lbs (4.5-9 kg): I did not do this in the past 7 days Carrying 10-20 lbs (4.5-9 kg): I did not do this in the past 7 days
Walking (faster than usual) ½ mile (1 km) without stopping: I did not do this in the past 7 days
Walking up and down stairs at a normal pace: Unable to do
Other household chores (e.g. vacuuming or yardwork): With much difficulty
Walking at least 15 minutes: Unable to do
Running errands or shopping: Unable to do

Fatigue history:
In the past 7 days the patient reports difficulty with:
Feeling fatigued: Very much
Starting activities because of fatigue?: Very much
Feeling "run-down"?: Very much

Exercise history:
The patient reports that pre-COVID they engaged in 150 minutes or more of:
moderate physical exercise: Every week
Vigorous physical exercise: Every week

The patient reports that post-COVID they engaged in 150 minutes or more of:
Moderate physical exercise: Never
Vigorous physical exercise: Never

Cognitive Function:
Slow thinking: Very often (Several times a day)
Brain not working as well as usual: Very often (Several times a day)
Working harder than usual to keep track of what they're doing: Very often (Several times a day)

Trouble shifting back and forth between different activities that require thinking: Very often (Several times a day)

Sleep history:
Has patient experienced problems with sleep in the past 7 days?: Somewhat
Problems with falling asleep in the past 7 days?: Somewhat
On average the patient reports getting 8 to 12 number of hours of sleep per night.
The patient reports that they have tried the following medications or supplements to help them sleep: ambien and serequel
In the past 7 days patient reports their sleep quality as: Fair
Refreshing?: Somewhat
The patient reports the following issues with sleep: I have trouble staying asleep., I have trouble falling asleep., I wake up with a dry mouth or a sore throat., I wake up with a headache., I'm tired all the time no matter how much sleep I get.

Mental Health:
In the past 7 days, patient reports feeling:
Fearful?: Often
Hard to focus on anything other than their anxiety?: Always
Overwhelmed?: Always
Uneasy?: Often
Worthless?: Sometimes
Helpless?: Often
Depressed?: Often
Hopeless?: Often

Social history:
Trouble with regular leisure activities?: Always
Trouble with family activities?: Always
Trouble with work?: Always
Trouble with friend activities?: Always

Pain history:
Patient reports their overall pain level (on a scale from 1-10) as: 5
Patient is experiencing the most bothersome pain in this area: all over but alot in right arm
In the past seven days, patient reports:
Pain interfering with day to day activities: Not at all
Pain interfering with work around the home: Not at all Pain interfering with social activities: Not at all
Pain interfering with household chores: Not at all
Can patient do daily activities in spite of their pain?: Not at all
Can patient manage their pain during daily activities?: A little bit
Can patient do the things they most want to do despite the pain?: Not at all Can patient keep pain from interfering with social life?: Not at all
Can patient be in a good mood in spite of the pain?: A little bit
Can patient get a good night's sleep in spite of the pain?: Somewhat
In the past 7 days, patient has had the following thoughts about their pain:
My pain is more than I can manage: Sometimes
Because of my pain, I will never be happy again: Never
Because of my pain, my life is terrible: Sometimes
My life will only get worse because of the pain: Sometimes
In the past 7 days, patient has: Kept thinking how much their pain hurts: Sometimes
Had trouble thinking of anything other than their pain: Sometimes
On a scale of 1 (no confidence) - 10 (high confidence), patient expects pain to be completely gone or much better 3 months from now: 0

Evaluated by other Post-COVID specialists?: Yes T
he patient has been seen by the following specialists for their post-COVID symptoms: neurologist psychiatrist pcp Currently engaging in PT: No
Currently working with a counselor or psychologist: Yes
The patient is interested in the following services for their post-COVID symptoms

Medication recommendations, Exercise or activity recommendations, Diet recommendations, Sleep recommendations, Individual counseling, Vocational counseling, Participation in research studies (please contact me if there are studies I may be eligible for), Other Other: make me better so i go back to normal"

A note from Will via MyChart-he says this was a visit with the Long COVID doctor he saw back east, last year. He thinks it was called Medronics or something like this. "Patient: William Nelson, DOB: 05-02-1978 Chief Concern: Reassessment of Diagnostic Accuracy and Pharmacological Management Following Post-COVID Sequelae Clinical Summary: Mr. William Nelson presents with a complex array of neurological, cognitive, autonomic, and psychiatric manifestations that have severely curtailed his functional capacity and quality of life. Prior to his SARS-CoV-2 infection, he demonstrated a high baseline level of health and independence, characterized by routine distance running (five to seven miles daily), stable employment, active family involvement, proficient use of personal transportation, and frequent travel. Following his COVID-19 infection, Mr. Nelson's condition progressively deteriorated, exhibiting clinical features strongly indicative of Post-Acute Sequelae of SARS-CoV-2 (PASC), commonly termed Long COVID. These features include pronounced neurocognitive deficits (often reported as "brain fog"), persistent and debilitating fatigue, coordination and speech disturbances (e.g., dysarthria, stuttering), possible autonomic dysregulation (with symptoms consistent with Postural Orthostatic Tachycardia Syndrome), psychiatric concerns such as PTSD, anxiety, and depression, episodic dissociation, and significant impairment in memory consolidation and recall. Current Functional Status: Mr. Nelson is currently homebound due to significant deficits in performing activities of daily living (ADLs) and instrumental ADLs, encompassing personal hygiene, food preparation, and household maintenance. These essential tasks now rely on the assistance of his spouse, Jessie Nelson, underscoring the profound nature of his clinical disability. Concerns Regarding Prior Medical Management: Review of the patient's medical records suggests an overemphasis on psychiatric etiologies, specifically mood and psychotic disorders (e.g., Bipolar Disorder with manic or psychotic features), resulting in extensive psychotropic pharmacotherapy. This approach may have overshadowed an underlying post-infectious neurological and systemic pathology. It is plausible that Mr. Nelson is currently overmedicated, given the absence of a robust diagnostic workup accounting for PASC as the root cause of his symptomatology. Recommendations: A comprehensive diagnostic reevaluation and critical review of Mr. Nelson's pharmacological regimen are imperative. Given the breadth of his symptom complex, an interdisciplinary approach is recommended—engaging neurology, psychiatry, infectious disease, and rehabilitation medicine. This team should reassess the necessity and dosage of existing psychotropic agents, incorporate targeted neurologic and autonomic testing (e.g., tilt-table evaluation for POTS), and pursue rehabilitative interventions tailored to the multifactorial demands of Long COVID. A judicious reduction or modification of potentially superfluous medications may alleviate iatrogenic e]ects and improve his overall clinical trajectory. Conclusion: Mr. Nelson's clinical presentation aligns with widely documented features of Long COVID. Further investigation and a carefully coordinated treatment plan that underscores neurological and psychiatric expertise are warranted to optimize therapeutic outcomes and restore his functional autonomy to the greatest extent possible."

After our visit, note from 3/25/25 was available in care everywhere, and Dr. Wasicek's assessment includes: PHQ9=22, GAD7=18, reflects on difficult diagnostic case (dx bipoloar 1, catatonia, PTSD, GAD on dx list but notes possibility of mixed episode, pending transition, h/o traumatic events). Plan is to try to reduce polypharmacy both prescribed and in the form of using leftover old medications, in the hopes of reducing possible side effects (stimulants could contribute to catatonia). Cushing's, mercury on ddx but less likely.

Prior SLP eval (HH) noted 2024, MoCA 17/30, unclear if speech issue is acquired articulation impairment vs developmental. Noted pill rolling behavior with thumb and forefinger. "Appears stimulable for /r/ at word level"

**CURRENT MEDICATIONS:**

*as of end of visit on 3/25/2025*

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amphetamine-dextroAMPHetamine ER 10 MG 24 hr capsule | Take by mouth. | | |
| • amphetamine-dextroAMPHetamine ER 25 MG 24 hr capsule | Take by mouth. | | |
| • cholestyramine light (Prevalite) 4 g packet | Take by mouth. Dissolve in 4-8 ounce water. | | |
| • diazePAM 2 MG tablet | Take 2 tablets (4 mg) by mouth one time for 1 dose. Take 1 hour prior to procedure | 1 tablet | 0 |
| • lisinopril 40 MG tablet | Take 1 tablet (40 mg) by mouth daily. | | |
| • mometasone 0.1 % cream | Apply topically. Apply to apply to affected area daily . | | |
| • Ondansetron HCl (ZOFRAN OR) | Take by mouth. | | |
| • temazepam 15 MG capsule | Take by mouth. | | |
| • Testosterone Cypionate 200 MG/ML kit | Inject intramuscularly. | | |
| • Zolpidem Tartrate (AMBIEN) 10 MG Oral Tab | Take 10 mg by mouth at bedtime as needed for sleep. | | |

No current facility-administered medications for this visit.

Reviewed his med list, some discrepancies with our local chart which I tried to reconcile:
Seroquel
Sertraline
Clonazepam
Zolpidem
Adderall
Testosterone
Lisinopril
Amlodipine
Minoxidil
Hydrochlorothiazide
Methocarbamol
Lodine
Multivitamin (not bariatric though)

Meds he isn't taking:
Haldol was prescribed but it made him worse, felt a lot of anxiety and had to stretch all the time, was very restless (this was a year ago)
Stopped clonidine-per apt 3/25
Stopped tramadol

**ALLERGIES:**
Review of patient's allergies indicates:
No Known Allergies

**PAST MEDICAL HISTORY**
Per chart review.

HTN
Hypogonadism-I'm not sure the etiology
H/o SBO
H/o back pain, chronic pain, on etodolac (NSAID), methocarbamol, tramadol
H/o cholecystectomy
H/o gastric bypass surgery
Insomnia-per sleep med eval 2018, chronic sleep onset and maintenance insomnia, r/o PLMD, r/o sleep-disordered breathing
ADHD: diagnosed in childhood, 1988, took ritalin
H/o low Vitamin D
Possible diagnosis of PTSD, MDD, GAD
Per recent family medicine eval 2/27/25, possible EPS vs tic disorder, decreased seroquel from 400 to 200mg qHS, stop evening adderall, referred to psychiatry. Note 1/8/25 mentions possible bioplar, psych eval for psychosis (vs ambien effect?)

**FAMILY HISTORY**
No known neurological disorders, dementia, seizures
Dad had cancer
Uncle has factor V leidan

**SOCIAL HISTORY**
He lives in Everett. He is married. He is not able to work.
They have two dogs and a cinnamon green cheeked conure

**PHYSICAL EXAM:**
Gen: seated
Neuro: Tremor while seated, noted in left hand, face is symmetric. Speech notable for difficulty pronouncing R words

**STUDIES:**
Labs reviewed: CMP (Cr 1.5 12/25/24 from 0.9), CBC, A1c, PSA, TSH, fT4, ethanol level (at times neg, 118 on 10/22/22), testosterone 179.0 (low, 7:30am 8/10/21; but up to 927.5 4/17/21 10:17am and 1,329.5 3/5/20), Vit D 72 (2021), Vit B12 535, ferritin 70 (2021)
Lumbar puncture 8/28/23 glucose 63 (serum 99 2 weeks prior), protein 27, cell count 1 WBC, autoimmune encephalopathy panel negative

MRI C spine 1/2021
"1. Left-sided uncovertebral joint proliferative changes at C3-C4 moderate to severely narrow the left neural foramen.
2. Subtle uncovertebral joint proliferative changes at C5-C6 contribute to moderate left greater than right foraminal narrowing.
3. Broad-based disk bulge at C6-C7 mildly narrows the central canal. Superimposed uncovertebral joint proliferative changes and bilateral facet arthropathy contribute to moderate left greater than right foraminal narrowing.
4. Subtle uncovertebral joint proliferative changes at C4-C5 with mild right foraminal narrowing. "

CT head 10/22/22
No acute intracranial CT abnormality.

MRI brain 7/25/23
"Unremarkable for age, no acute intracranial abnormality. "

MRI L spine 5/10/24
"1. Degenerative disk and facet changes are seen at multiple levels in the lumbar spine as documented above.
2. At L5-S1 there appears to be a conjoined, right L5-S1 nerve root sleeve (normal anatomical variant). This explains the anterior and lateral position of the right S1 nerve root in the right subarticular zone. The right S1 nerve root is contacted by disk anteriorly and facet posteriorly in the subarticular zone where there could potentially be compromise of the nerve root. Recommend clinical correlation for possible right S1 radiculopathy.

3. No other high-grade stenosis is demonstrated and no other potential neural impingement is identified. "

CTA head and neck 12/25/24
"1. Normal head CT. No acute infarct, hemorrhage or mass effect.
2. Normal CTA head. No acute injury.
3. Normal CTA of the neck vessels. No stenosis, dissection or occlusion."

CT abd/pelvis with contrast 5/8/24
"1. No acute findings in the abdomen or pelvis.
2. Nonobstructing right renal stones.
3. Diverticulosis. "

Per neuro note 9/11/23, had normal EEG. Also negative HIV, RPR, ANA.

He reports he had EMG/NCS in 2020, 2021, he doesn't know results, was with a physiatrist. He notes he had this test after falling down stairs in 2019, employer insisted he see a doctor. Two other people fell down the same stairs that were not built correctly.

**ASSESSMENT/RECOMMENDATIONS:**
The patient was seen today for medical evaluation of post-acute sequelae of COVID-19 infection/Long COVID. At the UW Long COVID Clinic (previously known as the UW Medicine Post-COVID 19 Rehabilitation and Recovery Clinic), we have a multidisciplinary team of providers to address the myriad symptoms experienced by people with PASC/Long COVID. We have three main goals for patients presenting to the Long COVID Clinic. The first is to provide education around post-COVID symptoms, describe some of the patterns of symptoms we have been seeing in the post-COVID population so far, and to affirm that the patient's symptoms are consistent with what we have been seeing. The second goal is to provide personalized education and written information on detailed recommendations that include exercise and pacing guidelines, sleep strategies, strategies for managing headaches, strategies for managing mental health as a relates to the symptoms, and nutrition recommendations. The third goal is to provide recommendations for any additional work up and referrals to therapists or other medical specialists as needed.

Will has Long COVID based on his symptoms and onset after COVID infection. He has had a very thorough workup in terms of neurological and metabolic testing. There is a very cloudy picture right now given polypharmacy and I applaud his PCP and psychiatrist's efforts to streamline his medications and care.

My recommendations are as follows:
Workup: reviewed prior workup including the above, would add full autonomic testing (ordered)
Sleep: This is one of the cornerstones of treatment of Long COVID. I think his sleep disturbance is playing a big role in some of his symptoms and often symptoms of brain fog, fatigue, PEM do not improve until sleep issues are addressed first.
Pacing/activity: see AVS, we reviewed pacing strategies including pacing mental, emotional, physical energy use.
Mood/self-management:
 Rehab psychology referral:referred to group self management sessions
 Medications: agree that psychiatric medications should be managed by one provider, his psychiatrist
Nutrition: reviewed antiinflammatory diet, see AVS
Other medications: There are no FDA-approved medications for Long COVID, but we consider off-label medication use and also medications that can help target specific Long COVID related symptoms (such as prophylactic medications for intractable migraines). Low-dose naltrexone is one such medication that is being investigated for the treatment of Long COVID. At this point given concern about polypharmacy and med side effects, I

would not recommend adding medications for Will.

Follow up in: 6 months

Total time spent on the date of service was 80 min including face to face time, chart review and documentation.

Distant Site Telemedicine Encounter

I conducted this encounter via secure, live, face-to-face video conference with the patient. I reviewed the risks and benefits of telemedicine as pertinent to this visit and the patient agreed to proceed.

Provider Location: On-site location (clinic, hospital, on-site office)
Patient Location: At home
Present with patient: A parent/guardian

MyChart® licensed from Epic Systems Corporation© 1999 - 2025