
EvergreenHealth

EH LAKESHORE BOTHELL
EVERGREENHEALTH PRIMARY CARE, LAKESHORE BOTHELL
10025 NE 186TH STREET
BOTHELL WA 98011
Dept: 425-486-9131


June 9, 2024

      **William J Nelson**
Patient:
Date of Birth: **5/2/1978**
Date of Visit: **6/7/2024**


To:
Patrick Sherwood
Department in charge of West District ADA


William Nelson was seen in my clinic on 6/7/2024. At this visit I believe he was trying to communicate to me that he needed clarification of my previous letters regarding his ability to attend court proceedings.

My previous understanding was that Mr. Nelson was needing medical opinion regarding his physical capacity for attending court. As near as I can tell from our most recent virtual meeting is that he is actually needing my medical opinion regarding his mental/psychological capacity for managing his own legal claim.

**In clarification today:**
PHYSICALLY: Mr. Nelson would be unable to attend court proceedings due to his present physical incapacity. As I previously stated he may be able to attend virtually, but this would still require the assistance of an attendant such as his wife and he would only have capacity for short time periods (I would estimate an hour at a time).
MENTALLY/PSYCHOLOGICALLY: My assessment of his capacity to present or represent himself legally in any court appearances is extremely limited. He specifically has difficulties explaining and conveying any specifics regarding legal measures or requirements. It appears that his attention is also limited and as such his ability to focus on specific issues or conversations is limited. As a medical provider, I do not have much understanding of his current legal situation, but it appears to me that he very much needs legal representation and I have recommended this to him.

If you have any questions or concerns, please don't hesitate to contact our office.
Sincerely,


David A Higginbotham, DO
CC: No Recipients



EH LAKESHORE BOTHELL
EVERGREENHEALTH PRIMARY CARE, LAKESHORE BOTHELL
10025 NE 186TH STREET
BOTHELL WA 98011
Dept: 425-486-9131

September 27, 2024

Patient: William J Nelson
Date of Birth: 5/2/1978

To Whom It May Concern:

For medical reasons (namely Long COVID leaving him homebound), Mr. Nelson requires ADA accommodations from court services to participate in proceedings, including:

    Assistance with filings and paperwork remotely
    Appearance by telephone or video conference
    Recorded hearings
    Periodic rest breaks

Sincerely,


Higginbotham, David A, DO

CC: No Recipients



EH LAKESHORE BOTHELL
EVERGREENHEALTH PRIMARY CARE, LAKESHORE BOTHELL
10025 NE 186TH STREET
BOTHELL WA 98011
Dept: 425-486-9131


December 11, 2024

Patient: William J Nelson
Date of Birth: 5/2/1978


To:
Lisa Galvin
Public disclosure specialist, ADA coordinator
Snohomish County Superior Court administration

Our patient, William J Nelson, has asked me to respond to the recent request for medical documentation regarding recent incapacity for the e-filing process.
As per our previous written communications, my assessment of his capacity to handle many administrative tasks is extremely limited. He suffers from significant short-term memory retention issues and struggles to retain the details needed for effective communication.
Although he may state that he understands the matters at hand and, due to his high intelligence, can present well superficially, his actual ability to engage with the complexities of legal processes is severely compromised. His capacity to focus on and manage stepwise functions, as well as to convey specific requirements, remains substantially impaired. For these reasons, it is my assessment that he would require the assistance of a non-Athena AI individual or professional to navigate such matters effectively.
As a family practice provider, I do not have an in-depth understanding of his current psychological situation, but it is clear that his cognitive processing has been affected.
If you are requiring more specific information, perhaps his psychiatric providers could provide this.

Sincerely,



Higginbotham, David A, DO

CC: No Recipients