1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10
11
12
13
14
15

WILLIAM NELSON,

                Plaintiff,

   v.

WASHINGTON BOARD OF
INDUSTRIAL APPEALS et al.,

                Defendants.

CASE NO. 3:25-cv-05551-DGE

MINUTE ORDER

16
17
18
19
20
21
22
23
24

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

Before the Court is Plaintiff's motion to strike (Dkt. No. 36) the ex parte motion for a competency hearing and appointment of pro bono counsel (Dkt. No. 27). The ex parte motion was filed by Plaintiff's mother, Cynthia Nelson. The Court denied the ex parte motion in its order dated July 22, 2025 on the grounds that Cynthia Nelson was not authorized to file such a motion. (Dkt. No. 38 at 4.) Accordingly, because the Court has already ruled on the underlying motion, Plaintiff's motion to strike (Dkt. No. 36) is DENIED as moot. The Court reiterates that

Plaintiff has not provided the information necessary for the Marshals to effectuate service.

Consistent with the Court's July 22, 2025 order, no further filings will be reviewed until service

is completed, which can only occur once Plaintiff provides the necessary information for the

Marshals to effectuate service.  (*See* Dkt. No. 38 at 45.)

      Dated this 12th day of August, 2025.

      The foregoing Minute Order authorized by THE HONORABLE DAVID G.

ESTUDILLO, UNITED STATES DISTRICT JUDGE.