UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM NELSON,<br><br>            Plaintiff,<br>   v.<br><br>WASHINGTON BOARD OF<br>INDUSTRIAL APPEALS et al.,<br><br>            Defendants. | CASE NO. 3:25-cv-05551-DGE<br><br>ORDER TO SHOW CAUSE |

On July 22, 2025, the Court denied several of Plaintiff's outstanding motions and informed Plaintiff that the Court would not review filings from Plaintiff in this litigation until Defendants were served with process, which could only occur once Plaintiff provided the necessary information for the Marshals to effectuate service. (Dkt. No. 38.) On August 12, 2025, the Court reiterated that Plaintiff had still not provided the information necessary for the Marshals to effectuate service. (Dkt. No. 40.)

As of the date of this order, absent from the docket is any evidence confirming Plaintiff provided the Marshals with the necessary information to effectuate service as previously ordered.

ORDER TO SHOW CAUSE - 1

Accordingly, Plaintiff shall show cause, no later than **November 26, 2025**, why this case should not be dismissed for want of prosecution.

Dated this 13th day of November, 2025.

David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE - 2