UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM NELSON,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>WASHINGTON BOARD OF<br>INDUSTRIAL APPEALS et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:25-cv-05551-DGE<br><br>ORDER DISMISSING FOR<br>FAILURE TO PROSECUTE |

On November 13, 2025, the Court ordered Plaintiff to show cause, no later than November 26, 2025, why this case should not be dismissed for want of prosecution. (Dkt. No. 41.) Plaintiff did not respond to the Court's order by the deadline, but did submit responses on December 2, 2025 and December 3, 2025. (Dkt. Nos. 42, 43.)

On June 26, 2025, the Court ordered the United States Marshal or deputy marshal from the Western District of Washington to effectuate service of process on Defendants. (Dkt. No. 19.) The Court informed Plaintiff he would need to identify for the Marshal(s) the precise address of each Defendant where service can be accomplished. (*Id.*) On June 27, 2025, the

ORDER DISMISSING FOR FAILURE TO PROSECUTE - 1

Court again advised Plaintiff that before the Marshals could effectuate service, Plaintiff would need to identify for the Marshal(s) the precise address of each Defendant where service could be accomplished. (Dkt. No. 22.)

On July 22, 2025, the Court denied several of Plaintiff's outstanding motions and informed Plaintiff that the Court would not review filings from Plaintiff in this litigation until Defendants were served with process, which could only occur once Plaintiff provided the necessary information for the Marshals to effectuate service. (Dkt. No. 38.) On August 12, 2025, the Court reiterated that Plaintiff had still not provided the information necessary for the Marshals to effectuate service. (Dkt. No. 40.)

Plaintiff asserts his failure to provide the necessary information for the Marshals to effectuate service is due to cognitive and neurological impairments and procedural barriers. (Dkt. No. 42 at 1.) Plaintiff requests the Court find that good cause exists for his failure to effect service and provide accommodations and alternative service procedures. (*Id.*) The Court has previously considered Plaintiff's arguments concerning accommodations and other issues (*See* Dkt. Nos. 17, 18, 19, 38) and has nevertheless made clear that this case cannot move forward until Plaintiff provides the necessary information for the Marshals to effect service. Plaintiff has not done so. The Court therefore DISMISSES this case without prejudice for failure to prosecute.

Dated this 12th day of December, 2025.

David G. Estudillo
United States District Judge