# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM NELSON,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>WASHINGTON BOARD OF<br>INDUSTRIAL APPEALS et al.,<br><br>　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 3:25-cv-05551-DGE |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT this case is DISMISSED without prejudice for failure to prosecute.

Dated December 12, 2025.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　 s/Michael Williams
　　　　　　　　　　　　　　　　　　　Deputy Clerk