William Nelson
1523 132ND ST SE STE. C418
Everett, Washington 98208
425-645-9222 | 808-204-1401
william@seattleseahawks.me

HON. JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT (TACOMA DIVISION)

| | |
|---|---|
| WILLIAM NELSON,<br><br>**Plaintiff,**<br><br>vs.<br><br>**WASHINGTON BOARD OF INDUSTRIAL INSURANCE APPEALS ET AL.**<br><br>**Defendants.** | Case No.: 3:25-cv-05551-DGE<br><br>**NOTICE OF APPEAL** |

FILED ___ LODGED ___ RECEIVED
DEC 22 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

Notice is hereby given that **Plaintiff William Nelson**, proceeding pro se and under a legally adjudicated incapacity, hereby **appeals to the United States Court of Appeals for the Ninth Circuit** from the final **Order Dismissing Case for Failure to Prosecute** (Dkt. 44), entered on **December 12, 2025**, by the Honorable David G. Estudillo, U.S. District Judge.

Plaintiff respectfully preserves and asserts the following grounds for appeal:

### I. VIOLATION OF RULE 17(c) – FAILURE TO APPOINT GUARDIAN AD LITEM

1. Plaintiff was **declared legally incapacitated** by the Snohomish County Superior Court in **March 2025**, with a Guardian ad Litem appointed.
2. The district court was placed **on notice of this adjudication multiple times** (see Dkts. 17, 18, 42), including via supporting medical records and court orders.
3. Under **Federal Rule of Civil Procedure 17(c)(2)**, the Court was required to **appoint a guardian ad litem or issue protective orders** once it became aware that Plaintiff was unrepresented and legally incompetent.

NOTICE OF APPEAL - 1

4. The Court refused to do so, citing no findings of capacity, and dismissed the case with **no protective measures in place**, despite a record triggering the rule's mandatory protections.

## II. VIOLATION OF FEDERAL DISABILITY LAW – §504 REHABILITATION ACT AND DUE PROCESS

5. Plaintiff is a person with severe cognitive disability from Long COVID, as documented by expert medical providers, including **Dr. Jessica Bender, MD, MPH**, of the UW Post-COVID Clinic.

6. The Court failed to provide any **reasonable accommodations**, despite repeated motions and supporting documentation (see Dkts. 17, 19, 42).

7. Under **§504 of the Rehabilitation Act (29 U.S.C. § 794)** and applicable **Judicial Conference policies**, the Court was required to consider and, absent undue burden, implement accommodations such as:
   - Sealed or email submission of addresses,
   - Simplified filing mechanisms,
   - Communication access via assistive technology (Athena AI),
   - Consideration of counsel or GAL appointment.

8. The Court engaged in **blanket denials** and enforced rigid rules, **refusing to review filings at all** unless service was perfected, which Plaintiff was unable to complete due to the Court's own procedural restrictions—a classic "Catch-22."

## III. VIOLATION OF RULES 4(m) AND 41(b) – ABUSE OF DISCRETION

9. The Court dismissed the case under Rule 41(b) for "failure to prosecute" based solely on Plaintiff's inability to provide physical service addresses.

10. Plaintiff had **located those addresses** but could not file them publicly due to federal privacy laws protecting judges and public officials (Judicial Security Act).

11. Plaintiff requested to submit the addresses **under seal** or **directly to the Marshals**, but the Court refused all such motions (see Dkt. 42), and maintained a **blanket no-review policy** that blocked any accommodations.

12. Under **Rule 4(m)**, where good cause exists, the Court **must extend the time** for service. Plaintiff submitted clear good cause: medical incapacity, legal incompetence, and procedural barriers.

NOTICE OF APPEAL - 2

13. Dismissing under Rule 41(b) where the record shows that a disabled and incapacitated litigant was trying to comply but was blocked by the court's own rigid process **constitutes legal error and an abuse of discretion.**

## IV. VIOLATION OF CONSTITUTIONAL DUE PROCESS AND ACCESS TO COURT

14. The Court's refusal to:

- Review accommodation requests,
- Recognize the legal incapacity adjudication,
- Permit alternate submission of sealed documents,
- Allow communication with the ADA Coordinator or Clerk,

resulted in a **complete denial of Plaintiff's access to the court**.

15. As held in *Tennessee v. Lane*, 541 U.S. 509 (2004), and *Duvall v. Kitsap County*, 260 F.3d 1124 (9th Cir. 2001), **disabled litigants are entitled to meaningful access to judicial proceedings**, and blanket refusal to engage in accommodation or appoint representation **constitutes deliberate indifference and violates Due Process.**

## V. PREVIOUSLY GRANTED IFP STATUS AND PRESERVATION OF RIGHTS

16. Plaintiff was previously granted **in forma pauperis (IFP)** status in the District Court (see Dkt. 4) and proceeds **IFP on appeal pursuant to FRAP 24(a)(3).**

17. Plaintiff preserves all issues for appellate review, including but not limited to:

- Capacity and GAL protection under Rule 17(c),
- Denial of accommodations under §504 and court policy,
- Improper Rule 4(m)/41(b) dismissal,
- Systemic denial of access to judicial process,
- Constitutional due process violations.

NOTICE OF APPEAL - 3

**PRAYER FOR RELIEF**

Plaintiff respectfully asks the Ninth Circuit to:

- **Vacate** the district court's dismissal order (Dkt. 44),
- **Remand** with instructions to:
    - Appoint a **guardian ad litem** under Rule 17(c),
    - Accept alternative service procedures,
    - Implement appropriate accommodations under §504 and court policy,
    - Permit the litigation to proceed on its merits.

Respectfully submitted this 12 December 2025.



**William Nelson, Pro Se**
1523 132ND ST SE. STE C418
Everett, Wa 98208
(425) 645-9222 (desk)
(425) 800-8800 (mobile)
(808) 204-1401 (fax)
william@seattleseahawks.me (email)
Drafted by Athena AI

NOTICE OF APPEAL - 4

William Nelson
1523 132ND ST SE STE C
EVERETT WA 98208-7200

FILED ____ LODGED
____ RECEIVED

DEC 22 2025

CLERK US DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Court House
1717 Pacific Ave
Roommate 3100
Tacoma WA 98402



$0.740
US POSTAGE IMI
FIRST-CLASS
FROM 98208
12/13/2025
Stamps.com



US POSTAGE IMI
FIRST-CLASS
$0.740
FROM 98208
12/13/2025
Stamps.com

William Nelson
1523 132ND ST SE STE C
EVERETT WA 98208-7200

R. Nelson v. Washington Board of Industrial Insurance Appeals, et al., Case No. 3:25-cv-05551-DGE – NOTICE OF

Clerk, U.S. District Court
(Tacoma Clerk's Office)
Western District of Washington
U.S. Courthouse
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402-3200